[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



RECEIVED
AUG 2 3 2022 cc
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ANDRE BAKER
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

THOMAS DART
(COOK COUNTY SHERIFF)
DIRECTORS OCBOC
DON BEACHEM
MONCA RHODES
MICHAEL MILLER

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

22-cv-4466
JUDGE: Steven C. Seeger
MAGISTRATE JUDGE: Sheila M. Finnegan
PC 6
RANDOM

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

X     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: ANDRE BAKER

B. List all aliases: /

C. Prisoner identification number: 20220115077

D. Place of present confinement: COOK COUNTY JAIL

E. Address: 2700 S. CALIFORNIA AVE, CHICAGO, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: THOMAS DART

   Title: SHERIFF

   Place of Employment: COOK COUNTY

B. Defendant: ~~DON BEACHEM~~

   Title: ~~DIRECTOR~~

   Place of Employment: ~~CCDOC~~

C. Defendant: ~~MARION RHODES~~

   Title: ~~DIRECTOR~~

   Place of Employment:

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

~~ALBERT VASQUEZ~~
~~MICHAEL MILLER~~

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: ~~NONE~~ UNKNOWN

B. Approximate date of filing lawsuit: 1990s - 2000s

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: MYSELF AND ALL OTHER DETAINEES AT THE COOK COUNTY JAIL

D. List all defendants: COOK COUNTY SHERIFF

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 

F. Name of judge to whom case was assigned: 

G. Basic claim made: I WAS A MEMBER OF A CLASS ACTION SUIT AGAINST THE COOK COUNTY SHERIFF FOR CONDITIONS AT THE JAIL AND RECEIVED SEVERAL SETTLEMENT CHECKS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): SETTLED WITHOUT TRIAL

I. Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I AM A PRETRIAL DETAINEE AT THE COOK COUNTY JAIL IN CHICAGO, IL. ON 3 MAY 2022 I WAS ATTACKED BY ANOTHER PRISONER, BERNARD BROOKS. BROOKS HAD HEATED A CUP OF BOILING WATER IN THE MICROWAVE AND THREW IT IN MY FACE CAUSING SEVERE INJURY AND PAIN. BROOKS WAS KNOWN BY THE JAIL TO BE VIOLENT, UNPREDICTABLE, DANGEROUS, EASILY PROVOKED AND ANGERED, AND MENTALLY ILL.

DEFENDANT THOMAS DART, OPERATOR OF THE JAIL, FAILED TO PROTECT ME FROM THE HARM DESCRIBED ABOVE, IN VIOLATION OF MY RIGHTS TO DUE PROCESS UNDER THE U.S. AND ILLINOIS CONSTITUTIONS.

I HAVE EXHAUSTED ALL ADMINISTRATIVE REMEDIES THAT WERE OFFERED TO ME.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.  Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

COMPENSATORY, PUNITIVE, NOMINAL AND GENERAL DAMAGES, A DECLARATORY JUDGMENT AND ANY OTHER RELIEF DEEMED JUST.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 8/1 day of 1 , 20 22

*Andre Baker*
*Andre Baker*
(Signature of plaintiff or plaintiffs)

ANDRE BAKER
(Print name)

#20220115077
(I.D. Number)

2700 S. CALIFORNIA AVE
CHICAGO, IL 60608
(Address)




ANDRE BAKER #20220115677
Cook County Jail
2700 S. CALIFORNIA 60608



DISTRICT COURT
PRISONER CORRESPONDENCE
219 S. DEARBORN
CHICAGO, IL 60604.



08/23/2022-2