# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Andre Baker,

Plaintiff(s),

v.

Thomas Dart,

Defendant(s).

Case No.  1:22-cv-04466
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff
and against defendants
in the amount of $              ,

       which ☐ includes           pre–judgment interest.
                 ☐ does not include pre–judgment interest.

    Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

    Plaintiff(s) shall recover costs from defendant(s).

☐     in favor of defendant(s)
and against plaintiff(s)

☒     other:  Plaintiff failed to comply with the Court's Order (Dckt. No. [5]). The complaint is dismissed.
Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge           presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger.

Date:  10/14/2022

Thomas G. Bruton, Clerk of Court

Jessica J. Ramos, Deputy Clerk